# 536      VOORHEES *v.* VAN WYCK.

JOHN W. BROWN, *Appellant, v.* CHARLES CARROLL SMITH and RICHARD BOLDRIDGE, *Respondents.* — Judgment and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.

ROBERT C. EMBREE, *Respondent, v.* MIRIAM L. FRANKLIN, *Appellant.* — Judgment reversed and new trial granted; order denying new trial affirmed and leave given to the respondent to appeal to Court of Appeals, costs to abide event. Opinion by DYKMAN and CULLEN, JJ.; GILBERT, J., dissenting.

ROBERT N. HAND, *Respondent, v.* JOHN NEWTON, *Appellant.* — Judgment affirmed, with costs. Opinion by GILBERT, J.; DYKMAN, J., dissenting.

MARY A. SMITH, *Respondent, v.* ALBERT SMITH, *Appellant.* — Order amending decree reversed, and referee ordered to take proof of facts stated in moving and opposing affidavits. Opinion by BARNARD, P. J.

IN THE MATTER OF THE HABEAS CORPUS OF ALBERT SMITH, JR. — Order taking custody of child from the father reversed, and referee ordered to take proof of the facts stated in petition and return. Opinion by BARNARD, P. J.

JUDAH B. VOORHEES, *as Collector, etc., of the Estate of* PIERRE M. VAN WYCK, *Deceased, Respondent, v.* FRANCIS XAVIER HUBER, *Appellant.* — Judgment affirmed, without costs of this appeal. Opinion by CULLEN, J.; DYKMAN, J., dissenting.